Certificate Number: 17574-AZ-DE-035558546

Bankruptcy Case Number: 21-02120



17574-AZ-DE-035558546

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2021</u>, at <u>4:59</u> o'clock <u>PM MST</u>, <u>Melissa Small</u> completed a course on personal financial management given <u>by internet</u> by <u>Russell Brown, Standing Chapter 13 Trustee</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date: <u>April 11, 2021</u>  By: <u>/s/Amy Tate-Almy</u>

Name: <u>Amy Tate-Almy</u>

Title: <u>Financial Educator</u>