Tom McAvity, 034403
**Phoenix Fresh Start Bankruptcy**
**4602 E. Thomas Road**
**Phoenix AZ 85018**
**Phone: 602-598-5075**
**Fax: 866-241-4176**
**Email: tom@phoenixfreshstartbankruptcy.com**

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter: 13 Proceeding |
| | ) | |
| MELISSA A. SMALL | ) | Case No. 2:21-bk-02120-PS |
| | ) | |
| Debtor | ) | DEBTOR'S MOTION TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR |
| | ) | |

The debtor moves the court for an Order Extending Time for Debtor to file claim on behalf of Creditor and in support thereof respectfully represents as follows:

Phoenix Loss Control with the status of unsecured and amount of $964.05 as depicted in the attached proof of claim as if such claim had been timely filed:

1. Debtor filed the above captioned Chapter 13 case on March 25, 2021 and it was confirmed on October 28, 2021.

2. The last day to file claims in the instant case was June 3, 2021 and the last day to file governmental claims was September 21, 2021.

3. At the time of filing, Debtor owed $964.05 to the Salt River Project c/o Phoenix Loss Control for damages sustained to Salt River Project facilities

4. The debtor's failure to timely file claims for the above creditors [see Fed. Bankruptcy Rules 3004 and 9006(b)(1)] was due to the following excusable neglect: Debtor was unaware of the debt until well after the deadline for filing claims.

5. Allowance and future payment of the claim as if such claim had been timely filed will benefit the debtor greatly and, given the amount of the claim, the effect on other unsecured creditors would be negligible at best. It would be a hardship for the debtor to come up with the full

amount to pay Creditor off outside of bankruptcy

Wherefore, Debtor prays this Honorable Court enter an Order for the following relief:

1.) Extending time for Debtor's counsel to file a general unsecured claim on behalf of Salt River Project c/o Phoenix Loss Control within fourteen(14) days from the date the order on this motion is entered.

2.) For any and all other relief this Court deems fair and proper.

Dated: April 12, 2022

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E. Thomas Road
Phoenix, AZ 85018

Copy of the foregoing electronically mailed on April 12, 2022 to:

**Trustee**

Russell Brown
Chapter 13 Trustee
3838 N. Central Avenue
Ste 800
Phoenix, AZ 85012

**US Trustee**

Office of the U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, AZ 85003

**Debtor**

**MELISSA A SMALL**
3202 W. Bell Rd. Apt 1105
PHOENIX, AZ 85053