Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter: 13 |
| | ) | |
| MELISSA A SMALL, | ) | Case No. 2:21-bk-02120-PS |
| | ) | |
| | ) | NOTICE OF HEARING ON MOTION TO EXTEND TIME FOR DEBTOR TO FILE CLAIM ON BEHALF OF CREDITOR |
| Debtor. | ) | |

PLEASE TAKE NOTICE that on **May 12, 2022 at 10:00 AM, a telephonic hearing will be had on the Debtor's Motion to Extend Time for Debtor to File Claim on Behalf of Creditor.**

THIS WILL BE A TELEPHONIC HEARING, **CALL 877-402-9797**, **ACCESS CODE 4376956** TO MAKE AN APPEARANCE AT THIS HEARING

Dated: April 13, 2022

                                              Respectfully submitted:

                                              /s/ Tom McAvity
                                              Tom McAvity, 034403
                                              Phoenix Fresh Start Bankruptcy
                                              4602 E Thomas Rd, Ste S-9
                                              Phoenix, AZ 85018

# CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this 13th day of April 2022 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

Creditors appearing on
the Master Mailing List

/s/ Tom McAvity