**Tom McAvity, 034403**
**Phoenix Fresh Start Bankruptcy**
**4602 E Thomas Rd, Ste S-9**
**Phoenix, AZ 85018**
**Phone: 602-598-5075**
**Fax: 866-241-4176**
**Email: tom@phoenixfreshstartbankruptcy.com**

|  |  |
|---|---|
| In re: | Case No.  2:21-bk-02120-PS |
| MELISSA SMALL | DECLARATION OF DEBTOR |
| Debtor |  |

I, MELISSA SMALL, Debtor in the above-entitled case, hereby declare under penalty of perjury:

1. I make this Declaration in support of my Motion to Extend the Time to File a Proof of Claim.

2. On or about December 2, 2020, I was involved in a car accident with a third party. The accident was determined to be my fault.

3. During the accident, my car forced the third party's vehicle into a cinderblock/concrete barrier owned by Salt Water Project.

4. At the time of the accident, my car insurance had lapsed and I did not have any insurance.

5. In February 2022, I received a letter from Phoenix Loss Control dated February 15, 2022 claiming a balance due for such damage ("Letter").  Copy of Letter is attached hereto.

6. Letter was the first notice of any claim for damage I received regarding this matter.

7. Prior to my receipt of Letter, I was not aware that I would be charged for the minor damage to the cinderblock/concrete.

Respectfully submitted:

/s/ Melissa Small

Melissa Small

05 / 17 / 2022

Doc ID: 57dfd7a031a88ed28f05ed411a788a0d00546727



**PHOENIX** Loss Control

Phoenix Loss Control
P.O. Box 271504
Littleton, CO 80127

February 15, 2022

Melissa Ann Small
1656 W Campo Bello DR
Phoenix, AZ 85023

Claim Number: 229102041
Date of Damage on/about: 12/2/2020 12:17:00 PM
Location of Damage at/near: 75th Ave and Buckeye Rd Phoenix, AZ 85043
Amount Owed: $964.05

Our company is handling the recovery interests of SALT RIVER PROJECT. You, your company, or your subcontractor damaged Salt River Project facilities while at the above location, discovered on/about 12/2/2020 11:59:00 PM.

**FINAL NOTICE: PLEASE REMIT IMMEDIATE PAYMENT OR FILE IS SUBJECT TO NOTIFICATION OF THE PARTY WHO HIRED YOU OF YOUR UNPAID STATUS AND/OR TO OUR LITIGATION TEAM.**
**Invoice is for damage caused by your auto accident. Charges shown reflect the initial response to make repairs to the damaged equipment to return service to Salt River Project subscribers and to return Salt River Project site to its original condition. Please send your insurance info if you would like to go that route, I will take care of it.. Please email Jerry Berg at jerry_berg@phoenixlosscontrol.com for additional documentation.**

Based on the information provided by the client, we have found you to be liable for this damage to Salt River Project facilities. Please forward any information that may dispute our findings, or payment in full, within 15 days of receipt of this correspondence.

If you are insured, you may consider turning this matter over to your insurance carrier, otherwise payment is due within 15 days of this letter and invoice. Pay online with a bank account/eCheck/ACH or credit card/debit card (convenience fee may vary between providers) by visiting https://cts.phxloss.com/pay. Checks, Certified Money Orders, or Cashier's checks should be made payable to Phoenix Loss Control, Inc. and sent to:

*Phoenix Loss Control, Inc.*
*P.O. Box 271504*
*Littleton, CO 80127*

*Spanish Speakers ONLY - Si desea hablar con alguien en espanol llame al 305-868-6734.*

Please reference our claim number at the top of your check. If you have questions or require additional information, please contact me at the number listed below during normal business hours.

erely,

g
nager, Phoenix Loss Control, Inc.
-999-1167
berg@phoenixlosscontrol.com

Doc ID: 57dfd7a031a88ed28f05ed411a788a0d00546727



**PHOENIX** Loss Control

Phone: 559-999-1167
Email: jerry_berg@phoenixlosscontrol.com

Phoenix Loss Control
P.O. Box 271504
Littleton, CO 80127

Melissa Ann Small
1656 W Campo Bello DR
Phoenix, AZ 85023
Phone: 480-600-7092

First Notice

| | Date |
|---|---|
| | 2/15/2022 |
| | Claim # |
| | 229102041 |
| | Client |
| Salt River Project | |

| QTY | Description | Unit Price | Total |
|---|---|---|---|
| 1.00 | DAMAGE CLAIM LABOR L | $853.52 | $853.52 |
| 1.00 | DAMAGE CLAIM MISCELLANEOUS | $53.23 | $53.23 |
| 1.00 | DAMAGE CLAIM TRANSPORTATION | $57.30 | $57.30 |
| | | Sub-Total | $964.05 |
| | | Payments | $0.00 |
| | | Balance | $964.05 |
| | **Please remit payment of balance within 15 days of this notice.**<br>**Thank You!** | | |

Damage Address at/near: 75th Ave and Buckeye Rd Phoenix, AZ 85043

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Please reference your claim number: 229102041 on checks or correspondence.

Please visit https://cts.phxloss.com/pay to pay online with a credit card, debit card, or bank account(eCheck). You will be asked to provide your claim number.

Make your check, money order, or cashier's check payable to:
Phoenix Loss Control, Inc.
P.O. Box 271504
Littleton, CO 80127

 **HELLOSIGN**

| | |
|---|---|
| **TITLE** | Small |
| **FILE NAME** | Small.pdf |
| **DOCUMENT ID** | 57dfd7a031a88ed28f05ed411a788a0d00546727 |
| **AUDIT TRAIL DATE FORMAT** | MM / DD / YYYY |
| **STATUS** | ● Signed |

## Document History

| | | |
|---|---|---|
| **SENT** | **05 / 17 / 2022**<br>21:41:53 UTC | Sent for signature to Melissa Small (smallmelissa30@hotmail.com) from david@cutlerltd.com<br>IP: 207.229.136.72 |
| **VIEWED** | **05 / 17 / 2022**<br>21:42:54 UTC | Viewed by Melissa Small (smallmelissa30@hotmail.com)<br>IP: 70.177.178.7 |
| **SIGNED** | **05 / 17 / 2022**<br>21:43:27 UTC | Signed by Melissa Small (smallmelissa30@hotmail.com)<br>IP: 70.177.178.7 |
| **COMPLETED** | **05 / 17 / 2022**<br>21:43:27 UTC | The document has been completed. |

Powered by **HELLOSIGN**